UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT L. DYKES,

      Plaintiff,

                                              Case No. 2:22-cv-113

v.

                                              Hon. Hala Y. Jarbou

CORIZON, INC., et al.,

      Defendants.

_____/

## **ORDER**

In accordance with the opinion entered this date,

**IT IS ORDERED** that the report and recommendation ("R&R") of the magistrate judge related to Defendants Wellman, Willard, Dirschell, and Bush (ECF No. 83) is **APPROVED** and **ADOPTED** as the opinion of the Court, subject to limited qualifications in the associated opinion.

**IT IS FURTHER ORDERED** that Defendants Wellman, Willard, Dirschell, and Bush's joint motion for summary judgment (ECF No. 66) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Wellman, Willard, Dirschell, and Bush are **DISMISSED** from the case.

**IT IS FURTHER ORDERED** that Defendant Jamros's Objection to the R&R (ECF No. 90) is **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant Jamros shall file supplemental briefing within **14** days of the date of this Order on the issue of exhaustion related to Plaintiff Dykes's claims against her involving medical encounters in 2021.  Defendant Jamros shall serve a copy of the briefing on Plaintiff Dykes.  Defendant's briefing should not go beyond the narrow issue of exhaustion.

**IT IS FURTHER ORDERED** that Plaintiff Dykes shall file a response to Defendant Jamros's supplemental briefing within **28 days** of the date of receiving it.  Plaintiff's response should include the date he received the supplemental briefing.  Plaintiff's response should not go beyond the narrow issue of exhaustion.

**IT IS FURTHER ORDERED** that the R&R of the magistrate judge related to Defendant Stallman (ECF No. 82) **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Dykes's motion for default judgment as to Defendant Stallman (ECF No. 79) is **DENIED**.

Plaintiff's Eighth Amendment claims against defendants Timothy Stallman and Wendy Jamros remain.  His Eighth Amendment claim against Defendant Corizon, Inc. also remains but is currently stayed.


Dated: May 28, 2024                                    /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       CHIEF UNITED STATES DISTRICT JUDGE